USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LAW OFFICES OF SANFORD F. :
YOUNG, P.C., :
:
                            Plaintiffs, :     19-cv-11048 (VSB)
:
       -against- :     **ORDER**
:
DR. JONATHAN LANDOW, :
:
                           Defendants. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Earlier today, February 5, 2020, I issued an order scheduling a conference in this matter to discuss matters raised by Defendant in a letter submitted under seal to my chambers on February 4, 2020. (*See* Doc. 29.) However, after I signed the order but before it was docketed, this action was reassigned to Judge Mary Kay Vyskocil. Accordingly, it is hereby:

ORDERED that Document 29 shall be stricken from the record. The February 5 conference is removed from the calendar and the parties shall await further instructions from Judge Vyskocil.

SO ORDERED.

Dated: February 5, 2020
      New York, New York

_____
Vernon S. Broderick
United States District Judge