UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Law Offices of Sanford F. Young, P.C.,

    Plaintiff,

-against-

Dr. Jonathan Ludlow,

    Defendant.

19-CV-11048-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

This case has been reassigned from Judge Broderick with a pending Motion to Vacate a certificate of default. Judge Broderick granted Plaintiff's request for an extension of time to file a Reply until February 3, 2020 (ECF No. 28). On February 4, 2020 the Defendant submitted a letter to Judge Broderick, in connection with the Motion. It is hereby

ORDERED that the Court does not accept letters containing argument in connection with pending motions and will not consider this letter. Only proper submissions in connection with a pending motion will be considered.

Dated:     New York, New York
            February 7, 2020

_____
MARY KAY VYSKOCIL
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020