

# HKP | HARFENIST KRAUT & PERLSTEIN LLP

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

October 1, 2020

**VIA ECF**
United States Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:  *Law Offices of Sanford F. Young, P.C. v. Jonathan Landow*
     Case No.: 19-cv-11048

Dear Judge Wang:

We represent defendant, Jonathan Landow ("Dr. Landow") and submit this letter application, on consent of all parties, for an adjournment of the initial pre-trial conference scheduled for October 8, 2020 by Initial Case Management Conference Order dated September 10, 2020 (Docket No. 44). This is the parties' first request for an adjournment of this conference.

Dr. Landow and plaintiff, Sanford Young, have reached a settlement agreement. However, part and parcel of the settlement are claims between Dr. Landow and Ms. Tracy Landow, as well as claims between Ms. Landow and Mr. Young. The settlement agreement was provided to Ms. Landow on September 16, 2020 and we have been assured by counsel that it will be finalized shortly.

In accordance with your Individual Rules of Practice, the parties hereto propose an adjournment date of October 22, 2020 or October 26, 2020. Thank you.

Respectfully submitted,
HARFENIST KRAUT & PERLSTEIN

By:  *S/Steven J. Harfenist*
     Steven J. Harfenist

cc.:  Sandford Young, Esq. (via ECF)

Application granted. The Oct. 8, 2020 conference is adjourned *sine die*. The parties are directed to submit a joint status letter on **October 15, 2020**. ECF 45 resolved. SO ORDERED.

/s/ Ona T. Wang  Oct. 1, 2020
U.S.M.J.

3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T – 516.355.9600  F – 516.355.9601

2975 Westchester Avenue, Suite 415,
Purchase, NY 10577
T – 914.701.0800  F – 914-708-0808.

KP/D352700/FL3141